OCT 15 1998 ORIGINAL

FILED OCT 14 1998 U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS NANCY DOHERTY, CLERK By _____ Deputy

ENTERED ON DOCKET OCT 15 1998 PURSUANT TO F. R. C. P. RULES 58 AND 79a.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT L. DRAKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:98-CV-1673-D |
| VS. | § | (Consolidated with |
| | § | Civil Action No. 3:98-CV-1675-D) |
| 136th AIRLIFT WING, TEXAS AIR | § | |
| NATIONAL GUARD, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Civil Action No. 3:98-CV-1675-D, transferred to the undersigned's docket from Judge Maloney's docket on October 13, 1998, is hereby consolidated with Civil Action No. 3:98-CV-1673-D. N.D. Tex. Civ. R. 42.1 provides that "After consolidation, all pleadings, motions, or other papers must only bear the caption of the first case filed. All post-consolidation filings must also bear the legend '(Consolidated with [giving the docket numbers of all the other cases]).'" Accordingly, the parties must now file all pleadings related to Civil Action No. 3:98-CV-1675-D in the instant civil action, and the pleadings must bear the legend required by Rule 42.1.

The clerk of court is directed to close Civil Action No. 3:98-CV-1675-D statistically.

**SO ORDERED.**

October 14, 1998.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

23