

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBERT L. DRAKE,                       §
                                       §
                    Plaintiff,         §
                                       §    Civil Action No. 3:98-CV-1673-D
VS.                                    §    (Consolidated with
                                       §    Civil Action No. 3:98-CV-1675-D)
                                       §
136th AIRLIFT WING, TEXAS AIR          §
NATIONAL GUARD, et al.,                §
                                       §                    ENTERED ON DOCKET
                    Defendants.        §          NOV 1 0 1998_____ PURSUANT
                                                            TO F.R.C.P. RULES
                                                            58 AND 79a

## ORDER

Plaintiff's November 6, 1998 motion for reconsideration of complaint is denied.

**SO ORDERED**.

November ___9___, 1998.


                                            SIDNEY A. FITZWATER
                                            UNITED STATES DISTRICT JUDGE

27