

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROBERT L. DRAKE,                    §
                                    §
                    Plaintiff,      §
                                    §
VS.                                 §    Civil Action No. 3:98-CV-1673-D
                                    §    (Consolidated with
                                    §    Civil Action Nos. 3:98-CV-1674-D
136th AIRLIFT WING, TEXAS AIR       §     and 3:98-CV-1675-D)
NATIONAL GUARD, et al.,             §
                                    §
                    Defendants.     §

## JUDGMENT

For the reasons set out in memorandum opinions and orders filed October 21, 1998 and

November 30, 1998 and an order filed today, it is ordered and adjudged that plaintiff's case is

dismissed in part with prejudice and dismissed in part without prejudice.

Taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas this 7ᵗʰ day of April, 1999.


SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE


ENTERED ON DOCKET

APR 0 7 1999

U.S. DISTRICT CLERK'S OFFICE

38